# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Bart Stephens, et al.,

    Plaintiffs,

v.

One Nevada Credit Union,

    Defendant.

Case No. 2:13-cv-1712-JAD-PAL

**Order Re: Doc. 31**

    Plaintiffs Bart Stephens and Duane Hutchings seek leave to amend their complaint to "add parties (class action allegations)." Doc. 31 at 2. Their amended complaint seeks to add allegations on behalf of "similarly situated" individuals, and also modifies other allegations in the complaint. *See, e.g.*, Doc. 31-1 at 3 (adding new paragraph 14). Defendant declined to oppose the motion. *See* Doc. 35. Under Local Rule 7-2(d), the failure to respond to a motion for leave to amend constitutes consent to granting the motion and, upon review of plaintiffs' motion, I find it has merit and should be granted.

    Accordingly, it is HEREBY ORDERED that plaintiffs' Motion for Leave to Amend Complaint **[Doc. 31] is GRANTED**. Plaintiffs shall file their proposed amended complaint [Doc. 31-1] by March 8, 2015.

    DATED: February 26, 2015.

_____
Jennifer A. Dorsey
United States District Judge