**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
FAX:  (702) 252-7411
ddornak@laborlawyers.com
agolden@laborlawyers.com
Attorneys for Defendant

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BART STEPHENS and DUANE HUTCHINGS,<br>Plaintiffs,<br>vs.<br>ONE NEVADA CREDIT UNION f/m/k NEVADA FEDERAL CREDIT UNION, DOES I through V, and ROE CORPORATIONS I through V.<br><br>Defendant. | Case No. 2:13-cv-01712-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the Scheduling Order (Dkt. #26) deadlines in this case be extended as follows:

1. Discovery Deadline – August 3, 2015.

2. Dispositive Motion Deadline – September 2, 2015.

3. Joint Pretrial Order Deadline – October 2, 2015.  In the event dispositive motion(s) are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court.

This is the first request for an extension of these deadlines, and is submitted in

accordance with the Court's Scheduling Order and 21 days before the current discovery cut-off date. The parties provide the following information to the court in connection with their request for an extension.

### Discovery Completed To Date

The parties have exchanged initial disclosures. Defendant has also served interrogatories and requests for production of documents to Plaintiff Hutchings and separate interrogatories and requests for production of documents to Plaintiff Stevens. Defendant has further requested and received documents from the Equal Employment Opportunity Commission and has requested, but awaiting a response, from the Nevada Labor Commissioner. Plaintiff Hutchings has answered his discovery requests, but Plaintiff Stevens has not. Plaintiffs have sent Defendant their first set of interrogatories and requests for production of documents, but the time to respond to such discovery has not yet arrived.

### Discovery That Remains To Be Completed

Defendant will need to respond to Plaintiffs' outstanding discovery requests and Plaintiff Stevens will need to respond to Defendant's outstanding discovery requests. Defendant will need to take the dispositions of both Plaintiffs and Plaintiffs will need to take the deposition of three employees of Defendant.

### Reasons Why Discovery Remaining Cannot Be Completed Within the Time Limits

Although the parties filed a Joint Notice (Dkt. #30) on January 23, 2015, that the matter was subject to Early Neutral Evaluation ("ENE"), this case was not scheduled for ENE until April 21, 2015. Because Plaintiffs' counsel has stated to Defendant's counsel that she believes that the matter could be settled, or significantly reduced, at the ENE, the parties agreed to not spend significant time and money on discovery if the case could settle. The late setting on the ENE by the Court has resulted in insufficient time to complete discovery if the case is not settled at the upcoming ENE.

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

It should also be noted that Plaintiffs sought leave to file an Amended Complaint to add collective action allegations on January 26, 2015. After receiving approval, Plaintiffs filed their Amended Complaint on March 17, 2015. Defendant then filed its answer to the Amended Complaint on April 3, 2015. The parties now need to address these new allegations through discovery.

Based upon the late scheduling of the ENE and Plaintiffs recently amending their complaint, the parties believe there is good cause for the requested extension.

IT IS HEREBY STIPULATED AND AGREED:

| ALTHEA GILKEY, CHTD | FISHER & PHILLIPS LLP |
|---|---|
| Dated: April 13, 2015 | Dated: April 13, 2015 |
| By: /s/ Althea Gilkey, Esq.<br>Althea Gilkey, Esq.<br>Nevada Bar No. 6312<br>2980 S. Rainbow Blvd.<br>Las Vegas, Nevada 89146<br>Attorney for Plaintiffs | By: /s/ David B. Dornak, Esq.<br>David B. Dornak, Esq.<br>Nevada Bar No. 6274<br>Anthony B. Golden, Esq.<br>Nevada Bar No. 9563<br>3800 Howard Hughes Pkwy.<br>Suite 950<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 17, 2015