**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
FAX:  (702) 252-7411
ddornak@laborlawyers.com
*Attorneys for Defendant*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BART STEPHENS and DUANE HUTCHINGS, <br> Plaintiffs, <br> vs. <br><br> ONE NEVADA CREDIT UNION f/m/k NEVADA FEDERAL CREDIT UNION, DOES I through V, and ROE CORPORATIONS I through V. <br><br> Defendant. | Case No. 2:13-cv-01712-JAD-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the Scheduling Order (Dkt. #26) and First Stipulation and Order to Extend Discovery Deadlines (Dkt. #45) in this case be extended as follows:

1. Discovery Deadline – October 2, 2015.

2. Dispositive Motion Deadline – November 2, 2015.

3. Joint Pretrial Order Deadline – December 2, 2015.  In the event dispositive motion(s) are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court.

This is the second request for an extension of these deadlines, and is submitted in accordance with the Court's Scheduling Order and 21 days before the current

discovery cut-off date. The parties provide the following information to the court in connection with their request for an extension.

## Discovery Completed To Date

The parties have exchanged initial disclosures. The parties have also completed the following written discovery: (1) Defendant's First Set of Interrogatories to Plaintiff Hutchings; (2) Defendant's First Set of Interrogatories to Plaintiff Stephens; (3) Defendant's First Set of Request for Production of Documents to Plaintiff Hutchings; (4) Defendant's First Set of Request for Production of Documents to Plaintiff Stephens; (5) Plaintiff's First Set of Interrogatories to Defendant; (6) Plaintiff's First Set of Requests for Production of Documents to Defendant; and (7) Plaintiff's Second Set of Production of Documents to Defendant.

The plaintiffs have also completed the following depositions: (1) Manager Alan Chang; (2) Employee Linda Belloti; (3) Employee Silvia Garcia; (4) Employee Barbara Higgins; (5) Plaintiff's wife Isabel Hutchings; (6) Manager Chris Wible; and (7) Executive Paul Parrish. Defendant has further requested and received documents from the Equal Employment Opportunity Commission and has requested, but awaiting a response, from the Nevada Labor Commissioner.

## Discovery That Remains To Be Completed

Defendant will need to take the dispositions of both Plaintiffs and Plaintiffs will need to take further depositions of managers and Human Resources employees of Defendant. Defendant will also be responding to Plaintiffs' third, fourth and fifth requests for production of documents.

## Reasons Why Discovery Remaining Cannot Be Completed Within the Time Limits

Although the parties filed a Joint Notice (Dkt. #30) on January 23, 2015, that the matter was subject to Early Neutral Evaluation ("ENE") Session, this case was not scheduled for ENE Session until April 21, 2015. The parties agreed to not spend significant time and money on discovery if the case could settle. Unfortunately, the

case did not settle and the late setting on the ENE Session by the Court has resulted in insufficient time to complete discovery pursuant to the original deadlines.

After the ENE Session, the parties have diligently engaged in both written discovery and depositions. They have completed seven depositions and numerous written discovery. There is also three outstanding requests for production of documents propounded by Plaintiffs, which Defendant will respond to in July and August 2015. The parties, however, need additional time to take further depositions.

It should also be noted that Plaintiffs filed their Amended Complaint on March 17, 2015. Defendant then filed its answer to the Amended Complaint on April 3, 2015. The parties are currently addressing the new allegations through discovery.

Based upon on the foregoing, the parties believe there is good cause for the requested extension.

IT IS HEREBY STIPULATED AND AGREED:

| ALTHEA GILKEY, CHTD | FISHER & PHILLIPS LLP |
|---|---|
| Dated: July 13, 2015 | Dated: July 13, 2015 |
| By: /s/ Althea Gilkey, Esq.<br>Althea Gilkey, Esq.<br>Nevada Bar No. 6312<br>2980 S. Rainbow Blvd.<br>Las Vegas, Nevada 89146<br>Attorney for Plaintiffs | By: /s/ David B. Dornak, Esq.<br>David B. Dornak, Esq.<br>Nevada Bar No. 6274<br>3800 Howard Hughes Pkwy.<br>Suite 950<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 14, 2015

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169