**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
ddornak@laborlawyers.com
*Attorneys for Defendant*

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BART STEPHENS and DUANE HUTCHINGS,<br><br>                 Plaintiffs,<br><br>vs.<br><br>ONE NEVADA CREDIT UNION f/m/k NEVADA FEDERAL CREDIT UNION, DOES I through V, and ROE CORPORATIONS I through V.<br><br>                 Defendant. | Case No. 2:13-cv-01712-JAD-PAL<br><br>**STIPULATION AND ORDER DISMISSING WAGE CLAIM** |

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' First Cause of Action for failure to pay overtime wages in violation of the Fair Labor Standards Act and NRS 608.005 *et. seq.* be dismissed with prejudice.

///
///
///
///
///
///
///
///

FPDOCS 31240755.1

- 1 -

This dismissal with prejudice includes, without limitation, Plaintiffs' request for a collective action.

IT IS HEREBY STIPULATED AND AGREED:

| ALTHEA GILKEY, CHTD | FISHER & PHILLIPS LLP |
|---|---|
| Dated: November 23, 2015 | Dated: November 23, 2015 |
| By: /s/ Althea Gilkey, Esq.<br>Althea Gilkey, Esq.<br>Nevada Bar No. 6312<br>2980 S. Rainbow Blvd.<br>Las Vegas, Nevada 89146<br>Attorney for Plaintiffs | By: /s/ David B. Dornak, Esq.<br>David B. Dornak, Esq.<br>Nevada Bar No. 6274<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant |

**ORDER**

Based on the parties' stipulation [ECF 54] and good cause appearing, IT IS ORDERED that plaintiffs' first cause of action (for failure to pay overtime wages in violation of the FLSA and NRS 605.005 et seq.) is DISMISSED with prejudice, each side to bear its own fees and costs.

_____
Jennifer Dorsey
United States District Judge
11/23/15

FPDOCS 31240755.1

- 2 -