1  **FISHER & PHILLIPS LLP**
   DAVID B. DORNAK, ESQ.
2  Nevada Bar No. 6274
   300 S. Fourth Street
3  Suite 1500
   Las Vegas, NV  89101
4  Telephone:  (702) 252-3131
   FAX:  (702) 252-7411
5  ddornak@laborlawyers.com
   *Attorneys for Defendant*
6

7  **UNITED STATE DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  BART STEPHENS and DUANE HUTCHINGS,

10           Plaintiffs,                    Case No. 2:13-cv-01712-JAD-PAL

11  vs.                                    **STIPULATION AND ORDER
                                            TO EXTEND DISPOSITIVE
12  ONE NEVADA CREDIT UNION f/m/k           MOTION DEADLINE**
    NEVADA FEDERAL CREDIT UNION, DOES
13  I through V, and ROE CORPORATIONS I     **(First Request)**
    through V.
14
15
           Defendant.
16

17

18         IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Bart Stephens and
19  Duane Hutchings (hereinafter "Plaintiffs") and Defendant One Nevada Credit Union
20  (hereinafter "Defendant"), by and through their respective undersigned counsel, that the
21  dispositive motion deadline be extended from **December 29, 2015** to **February 29,**
22  **2016.**  This is the first request for the extension of this deadline since the close of
23  discovery and is made more than 21 days before the current deadline.
24         **Reason for request:**  This request is not made for the purpose of delay.  Instead,
25  the parties request an extension due to two reasons.  First, the parties are still currently
26  waiting to receive Plaintiff Hutchings' deposition transcript.  Both Plaintiffs also have
27  near the end of December to review and make any corrections to their deposition
28  transcripts.  Because the parties will not be able to draft dispositive motions until

Plaintiffs have completed reviewing their transcripts, an extension of the deadline to file dispositive motions is necessary.

Second, Defendant's counsel will be on vacation during the Christmas holiday and is not returning to the United States until the second week in January 2016. Upon returning, Defendant's counsel is scheduled to start a National Labor Relations Board trial. In addition to Defendant's counsel being unable, Plaintiffs have also requested that an extension be granted due to their unavailability over the upcoming holidays.

For good cause shown, and not for delay, the parties request that this Stipulation and Order be granted.

IT IS HEREBY STIPULATED AND AGREED:

| ALTHEA GILKEY, CHTD | FISHER & PHILLIPS LLP |
|---|---|
| Dated: December 7, 2015 | Dated: December 7, 2015 |
| By: /s/ Althea Gilkey, Esq.<br>Althea Gilkey, Esq.<br>Nevada Bar No. 6312<br>2980 S. Rainbow Blvd.<br>Las Vegas, Nevada 89146<br>Attorney for Plaintiffs | By: /s/ David B. Dornak, Esq.<br>David B. Dornak, Esq.<br>Nevada Bar No. 6274<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant |

**IT IS SO ORDERED**

UNITED STATES MAGISTRAE JUDGE

Dated: December 9, 2015

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101