UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BART STEPHENS, et al. | Case No. 2:13-cv-001712-JAD-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| ONE NEVADA CREDIT UNION, | |
| Defendant. | |

Before the court is the Notice of Settlement of all of Bart Stephens' Claims (Dkt. #66). The parties advise that a settlement has been reached between Plaintiff Bart Stephens and Defendant, and that a stipulation to dismiss should be filed within 30 days. Accordingly,

**IT IS ORDERED** that Plaintiff Bart Stephens and Defendant shall have until **May 30, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 28th day of April, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE